

## RADEY
ATTORNEYS & COUNSELORS at LAW

POST OFFICE BOX 10967
TALLAHASSEE, FL 32302
(850) 425-6654
Federal Tax ID # 75-3101245

Bill Number    27692

Invoice Date   August 8, 2016
Activity Billed through    08/31/2016

Dan O'Neal
Sawgrass Mutual Insurance Company
1000 Sawgrass Corporate Parkway
Suite 100
Sunrise, FL  33323

Endurance Arbitration

546    04    DAY                                PAYMENT DUE UPON RECEIPT

FOR PROFESSIONAL SERVICES RENDERED



EXHIBIT A         WHITE - CUSTOMER      YELLOW - REMITTANCE



POST OFFICE BOX 10967
TALLAHASSEE, FL 32302
(850) 425-6654
Federal Tax ID # 75-3101245

Client/Matter :  546    04                                  Page    2
Bill Number      27692

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/19/2016 | DAY | Review pleadings pertaining to removal of challenge to arbitration proceedings | 2.50 hrs. | 1,062.50 |
| 07/19/2016 | LMD | Review notice of removal; research amount in controversy requirement; research replies to notice of removal | 0.60 hrs. | 156.00 |
| 07/20/2016 | DAY | Review pleadings in federal court regarding removal; telephone conference with Mr. O'Neal regarding the same | 2.20 hrs. | 935.00 |
| 07/20/2016 | LMD | Research motion to remand and draft motion to remand | 4.50 hrs. | 1,170.00 |
| 07/22/2016 | DAY | Review and revise response to have case remanded to Circuit Court from federal court | 2.30 hrs. | 977.50 |
| 07/22/2016 | LMD | Review and revise motion to remand | 0.40 hrs. | 104.00 |

Total fees for this matter

DISBURSEMENTS

EXHIBIT A          WHITE - CUSTOMER     YELLOW - REMITTANCE



POST OFFICE BOX 10967
TALLAHASSEE, FL 32302
(850) 425-6654
Federal Tax ID # 75-3101245

Client/Matter : 546    04                                            Page   3
Bill Number    27692

BILLING SUMMARY

|  |  |
|---|---|
| TOTAL FEES | ▮ |
| TOTAL DISBURSEMENTS | ▮ |
|  | ---------------- |
| TOTAL CHARGES FOR THIS BILL | ▮ |
| PLUS NET BALANCE FORWARD | ▮ |
|  | ---------------- |
| **TOTAL BALANCE NOW DUE** | ▮ |

BALANCE FORWARD SUMMARY

| Bill Date | Bill Number | Billed Amount | Amount Due |
|---|---|---|---|
| 07/19/2016 | 27501 | ▮ | ▮ |
| 08/02/2016 | 27551 | ▮ | ▮ |

EXHIBIT A            WHITE - CUSTOMER        YELLOW - REMITTANCE



# RADEY
### ATTORNEYS & COUNSELORS at LAW

POST OFFICE BOX 10967  
TALLAHASSEE, FL 32302  
(850) 425-6654  
Federal Tax ID # 75-3101245

Bill Number   27842  
Invoice Date   September 7, 2016  
Activity Billed through   08/31/2016

Dan O'Neal  
Sawgrass Mutual Insurance Company  
1000 Sawgrass Corporate Parkway  
Suite 100  
Sunrise, FL  33323

Endurance Arbitration  
546    04    DAY                                                    PAYMENT DUE UPON RECEIPT

FOR PROFESSIONAL SERVICES RENDERED



| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/08/2016 | LMD | Review pleadings in preparation to respond to motion to remand | 1.60 hrs. | 416.00 |
| 08/09/2016 | LMD | Continue to review pleadings and attachments; conference for client regarding strategy to respond to ▓▓▓ opposition to motion to remand; | 3.00 hrs. | 780.00 |

EXHIBIT A            WHITE - CUSTOMER        YELLOW - REMITTANCE



POST OFFICE BOX 10967
TALLAHASSEE, FL 32302
(850) 425-6654
Federal Tax ID # 75-3101245

Client/Matter : 546    04                                    Page    2
Bill Number    27842

Total fees for this matter

BILLING SUMMARY

       TOTAL FEES
                                          ----------------

       TOTAL CHARGES FOR THIS BILL
                                          ----------------

       **TOTAL BALANCE NOW DUE**

EXHIBIT A            WHITE - CUSTOMER       YELLOW - REMITTANCE



**RADEY**
ATTORNEYS & COUNSELORS at Law

POST OFFICE BOX 10967
TALLAHASSEE, FL 32302
(850) 425-6654
Federal Tax ID # 75-3101245

Bill Number   43313
Invoice Date   April 6, 2017
Activity Billed through   03/31/2017

Dan O'Neal
Sawgrass Mutual Insurance Company
1000 Sawgrass Corporate Parkway
Suite 100
Sunrise, FL  33323

Endurance Arbitration
546    04    DAY                                            PAYMENT DUE UPON RECEIPT

FOR PROFESSIONAL SERVICES RENDERED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CBL | 03/15/2017 | | | 0.40 | 0.40 | 425.00 | 170.00 |
| 03/15/2017 | CBL | Review order remanding case; consult for client regarding motion for attorneys fees | | | 0.40 hrs. | | 170.00 |
| DAY | 03/15/2017 | | | 2.00 | 2.00 | 425.00 | 850.00 |
| 03/15/2017 | DAY | Review and analyze decision of court transfer in case back to state court | | | 2.00 hrs. | | 850.00 |
| LMD | 03/16/2017 | | | 5.10 | 5.10 | 275.00 | 1,402.50 |
| 03/16/2017 | LMD | Research motion for attorney's fees after remand and time with which to file motion; research award of attorney's fees after remand in injunctive relief and declaratory judgment matters | | | 5.10 hrs. | | 1402.50 |
| DAY | 03/21/2017 | | | 2.00 | 2.00 | 425.00 | 850.00 |
| 03/21/2017 | DAY | Review and develop strategy for preparing motion for recovering attorney fees and removal of case | | | 2.00 hrs. | | 850.00 |
| LMD | 03/21/2017 | | | 1.60 | 1.60 | 275.00 | 440.00 |
| 03/21/2017 | LMD | Draft motion for attorney's fees following Order on Remand | | | 1.60 hrs. | | 440.00 |
| LMD | 03/22/2017 | | | 1.30 | 1.30 | 275.00 | 357.50 |
| 03/22/2017 | LMD | Continue to draft motion for attorney's fees | | | 1.30 hrs. | | 357.50 |
| DAY | 03/24/2017 | | | 1.00 | 1.00 | 425.00 | 425.00 |
| 03/24/2017 | DAY | Finalize request for attorney fees in federal | | | 1.00 hrs. | | 425.00 |

EXHIBIT A          WHITE - CUSTOMER       YELLOW - REMITTANCE



POST OFFICE BOX 10967
TALLAHASSEE, FL 32302
(850) 425-6654
Federal Tax ID # 75-3101245

Client/Matter :   546     04                                                                                       Page    2
Bill Number       0

                              court

| LMD | 03/24/2017 | | | 0.40 | 0.40 | 275.00 | 110.00 |
|---|---|---|---|---|---|---|---|
| 03/24/2017 | LMD | Continue to review and revise Motion for Attorney's Fees as a Result of Remand | | 0.40 hrs. | | | 110.00 |
| LMD | 03/29/2017 | | | 0.60 | 0.60 | 275.00 | 165.00 |
| 03/29/2017 | LMD | Prepare correspondence to counsel regarding amended motion for attorney's fees; prepare amended motion for fees | | 0.60 hrs. | | | 165.00 |

                          Total fees for this matter                                      $4,770.00

| TIMEKEEPER SUMMARY | Rate | Hours | Fee Amount |
|---|---|---|---|
| Dennis, Laura McDonald | 275.00 | 9.00 | $2,475.00 |
| Lunny, Chris | 425.00 | 0.40 | $170.00 |
| Yon, David | 425.00 | 5.00 | $2,125.00 |

BILLING SUMMARY

           TOTAL FEES                                                                             $4,770.00
                                                                                                            ----------------
          TOTAL CHARGES FOR THIS BILL                                   $4,770.00
                                                                                                                     ----------------
          **TOTAL BALANCE NOW DUE**                                             **$4,770.00**

EXHIBIT A          WHITE - CUSTOMER          YELLOW - REMITTANCE