| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 7/19/2016 | David A. Yon | Review pleadings pertaining to removal of challenge to arbitration proceedings | 2.5 | $425 | $1062.50 |
| 7/19/2016 | Laura M. Dennis | Review notice of removal; research amount in controversy requirement; research replies to notice of removal | 0.6 | $260 | $156.00 |
| 7/20/2016 | David A. Yon | Review pleadings in federal court regarding removal; telephone conference with Mr. O'Neal regarding the same | 2.2 | $425 | $935.00 |
| 7/20/2016 | Laura M. Dennis | Research motion to remand and draft motion to remand | 4.5 | $260 | $1170.00 |
| 7/22/2016 | David A. Yon | Review and revise response to have case remanded to Circuit Court from federal court | 2.3 | $425 | $977.50 |
| 7/22/2016 | Laura M. Dennis | Review and revise motion to remand | 0.4 | $260 | $104.00 |
| 8/8/2016 | Laura M. Dennis | Review pleadings in preparation to respond to motion to remand | 0.8 | $260 | $208.00 |
| 8/9/2016 | Laura M. Dennis | Continue to review pleadings and attachments; conference for client regarding strategy for opposition to motion to remand | 1.5 | $260 | $390.00 |
| 3/15/2017 | Christopher B. Lunny | Review order remanding case; consult for client regarding motion for attorney's fees | 0.4 | $425 | $170.00 |
| 3/15/2017 | David A. Yon | Review and analyze decision of court transfer in case back to state court | 2.0 | $425 | $850.00 |
| 3/16/2017 | Laura M. Dennis | Research motion for attorney's fees after remand and time with which to file motion; research award of attorney's fees after remand in injunctive relief and declaratory judgment matters | 5.1 | $275 | $1402.50 |
| 3/21/2017 | David A. Yon | Review and Develop strategy for preparing motion for recovering attorney fees and removal of case | 2.0 | $425 | $850.00 |
| 3/21/2017 | Laura M. Dennis | Draft motion for attorney's fees following Order on Remand | 1.6 | $275 | $440.00 |
| 3/22/2017 | Laura M. Dennis | Continue to draft motion for attorney's fees | 1.3 | $275 | $357.50 |
| 3/24/2017 | David A. Yon | Finalize request for attorney fees in federal | 1.0 | $425 | $425.00 |

EXHIBIT B

| 3/24/2017 | Laura M. Dennis | Continue to review and revise Motion for Attorney's Fees as a Result of Remand | 0.4 | $275 | $110.00 |
| --- | --- | --- | --- | --- | --- |
| 3/29/2017 | Laura M. Dennis | Prepare correspondence to counsel regarding amended motion for attorney's fees; prepare amended motion for fees | 0.6 | $275 | $165.00 |
| | | **TOTALS:** | 29.2 | | $9773.00 |

EXHIBIT B