UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SAWGRASS MUTUAL INSURANCE COMPANY, a Florida corporation,**

    Plaintiff,

vs.                              Case No. 4:16cv449-MW/CAS

**ENDURANCE SPECIALTY INSURANCE LTD., a Bermuda Company,**

    Defendant.
_____/

## DECLARATION OF CHRISTOPHER B. LUNNY

I, CHRISTOPHER B. LUNNY, hereby declare pursuant to 28 U.S.C. § 1746:

    1.    I am more than twenty-one years old and am under no legal disability.

    2.    I am a shareholder of the Radey law firm and counsel for Plaintiff, Sawgrass Mutual Insurance Company, in the above-title action.

    3.    I respectfully submit this declaration in support of my firm's application for an award of attorney's fees incurred in this action as a result of the removal and subsequent remand of this matter.

    4.    I have personal, first-hand knowledge of the matters referred to herein.

    5.    I was initially admitted to practice law in the State of Florida in 1994. I have continuously been a member of the Florida Bar since my admission date. I

EXHIBIT D

am also a member of the United States District Court for the Northern, Middle, and Southern District of Florida, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court.

6. During the above-referenced matter, I expended 0.4 hours representing the Plaintiff in this case in relation to Plaintiff's successful Motion to Remand and the Motion for Attorney's fees. Each and every minute of this time was reasonably incurred in my representation of Plaintiff.

7. The scope of my representation focused on reviewing this Court's Order granting Plaintiff's Motion to Remand and consulting with Plaintiff regarding the Motion for Attorney's fees.

8. I further request that I be compensated at the hourly rate of $425 per hour in the case at bar.

9. I have reviewed the time records, concurrently submitted, and believe them to be reasonable, ordinary, and necessarily incurred in connection with this litigation.

FURTHER DECLARANT SAYETH NAUGHT.

I hereby declare under penalty of perjury that the foregoing is true and correct, this 18th day of May, 2017.

/s/Christopher B. Lunny
CHRISTOPHER B. LUNNY