UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SAWGRASS MUTUAL INSURANCE
COMPANY, a Florida corporation,

    Plaintiff,

vs.                              Case No. 4:16cv449-MW/CAS

ENDURANCE SPECIALTY
INSURANCE LTD., a Bermuda
Company,

    Defendant.
_____/

## DECLARATION OF LAURA M. DENNIS

I, LAURA M. DENNIS, hereby declare pursuant to 28 U.S.C. § 1746:

    1.    I am more than twenty-one years old and am under no legal disability.

    2.    I am an associate of the Radey law firm and counsel for Plaintiff, Sawgrass Mutual Insurance Company, in the above-title action.

    3.    I respectfully submit this declaration in support of my firm's application for an award of attorney's fees incurred in this action as a result of the removal and subsequent remand of this matter.

    4.    I have personal, first-hand knowledge of the matters referred to herein.

    5.    I was initially admitted to practice law in the State of Florida in 2011. I have continuously been a member of the Florida Bar since my admission date. I

EXHIBIT E

am also a member of the United States District Court of the Northern District of Florida.

6. During the above-referenced matter, I expended 16.8 hours representing the Plaintiff in this case in relation to Endurance's removal of this matter, Plaintiff's successful Motion to Remand, and the Motion for Attorney's fees. Each and every minute of this time was reasonably incurred in my representation of Plaintiff.

7. The scope of my representation focused on reviewing the pleadings, reviewing this Court's Orders, researching law applicable to removal, remand, and the Motion for Attorney's fees, and drafting and revising the Motion to Remand and Motion for Attorney's fees.

8. I further request that I be compensated at the hourly rate of $260 per hour for work performed in 2016 and $275 per hour for work performed in 2017 in the case at bar.

9. I have reviewed the time records, concurrently submitted, and believe them to be reasonable, ordinary, and necessarily incurred in connection with this litigation.

FURTHER DECLARANT SAYETH NAUGHT.

I hereby declare under penalty of perjury that the foregoing is true and correct, this 18th day of May, 2017.

/s/Laura M. Dennis
LAURA M. DENNIS
